## UNITED STATES DISTRICT COURT
## FLORIDA MIDDLE DISTRICT COURT
## ORLANDO

### CASE No.: 6:24-cv-00105

ANDREW C. BUCHANAN,

                Plaintiff,

v.

LET'S ROAM, LLC,

                Defendant,

### COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff, ANDREW C. BUCHANAN, by and through his undersigned counsel, brings this Complaint against Defendant, LET'S ROAM, LLC, for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff ANDREW C. BUCHANAN ("Buchanan") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Buchanan's original copyrighted Works of authorship.

2. Buchanan is an architectural, interior, aerial, and landscape design photographer in Seattle. Since supplementing his college degree with secondary education and a certificate in commercial photography in 1996, Buchanan has been hired to photograph for more than 350 firms and magazines in the architecture, construction, engineering, and design fields, plus hotel and resort properties, and related publications.

3. Defendant LET'S ROAM, LLC ("Let's Roam") offers guide-free, app-led scavenger hunts in over 350 locations worldwide. At all times relevant herein, Let's Roam

### SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ TENNESSEE ♦ NEW YORK

owned and operated the internet website located at the URL https://www.letsroam.com/ (the "Website").

4.      Buchanan alleges that Defendant copied his copyrighted Work from the internet in order to advertise, market and promote its business activities. Let's Roam committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in Florida.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Let's Roam engaged in infringement in this district, Let's Roam resides in this district, and Let's Roam is subject to personal jurisdiction in this district.

## DEFENDANT

9.      Let's Roam, LLC is a Florida Limited Liability Company, with its principal place of business at 6200 Metrowest Blvd, Suite 105, Orlando, FL, 32835, and can be served by serving its Registered Agent, Charles F. Harding at 6200 Metrowest Blvd, Suite 105, Orlando, FL 32835.

## THE COPYRIGHTED WORKS AT ISSUE

10.      In 2015, Buchanan created the photograph entitled "df033516_aerial-seattle-south-lake-union-skyline-waterfront-photo", which is shown below and referred to herein as the "Work".

11. Buchanan registered the Works with the Register of Copyrights on October 31, 2016, and was assigned registration number VA 2-032-922. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Buchanan published the Work on May 20, 2015, by displaying it on his Professional Website at https://www.homeandgardenphotos.com/image/I0000IGQ07ZJEqGA (the "AB Website"). At the time he published the Work on the AB Website and at all times thereafter, Buchanan included copyright management information ("CMI") next to the Work in the form of Buchanan's name and the copyright notice (collectively the "Attributions").

13. Buchanan's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details is entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

14. At all relevant times Buchanan was the owner of the copyrighted Work.

**SRIPLAW**

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ TENNESSEE ♦ NEW YORK

## INFRINGEMENT BY LET\'S ROAM

15. Let's Roam has never been licensed to use the Work for any purpose.

16. On a date after the Work was created, but prior to the filing of this action, Let's Roam copied the Work.

17. On or about December 05, 2022, Buchanan discovered the unauthorized use of his Work on the Website at the URL https://www.letsroam.com/local/washington/seattle.

18. Let's Roam copied Buchanan's Work without permission or authority.

19. After Let's Roam copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its business.

20. Let's Roam copied and distributed Buchanan's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21. Let's Roam committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Buchanan never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Buchanan notified Let's Roam of the allegations set forth herein on March 10, 2023, and May 05, 2023. To date, the parties have failed to resolve this matter.

24. When Let's Roam copied and displayed the Work at issue in this case, Let's Roam removed Buchanan's copyright management information from the Work.

25. Buchanan never gave Let's Roam permission or authority to remove copyright management information from the Work at issue in this case.

4

**SRIPLAW**

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ TENNESSEE ♦ NEW YORK

## COUNT I
## COPYRIGHT INFRINGEMENT

26.     Buchanan incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27.     Buchanan owns valid copyright in the Work at issue in this case.

28.     Buchanan registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29.     Let's Roam copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Buchanan's authorization in violation of 17 U.S.C. § 501.

30.     Let's Roam performed the acts alleged in the course and scope of its business activities.

31.     Defendant's acts were willful.

32.     Buchanan has been damaged.

33.     The harm caused to Buchanan has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

34.     Buchanan incorporates the allegations of paragraphs 1 through 33 of this Complaint as if fully set forth herein.

35.     The Work contains copyright management information ("CMI") in the form of the Attributions on the AB Website.

36.     Let's Roam knowingly and with the intent to enable, conceal, or facilitate copyright infringement, displayed the Work on the Website without any of the Attributions in violation of 17 U.S.C. § 1202(b).

37.    Let's Roam distributed the Work to the Website knowing that CMI had been removed or altered without authority of the copyright owner or the law.

38.    Let's Roam committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Buchanan's rights in the Work at issue in this action protected under the Copyright Act.

39.    Buchanan has been damaged.

40.    The harm caused to Buchanan has been irreparable.

**WHEREFORE,** the Plaintiff ANDREW C. BUCHANAN prays for judgment against the Defendant LET'S ROAM, LLC that:

a.    Let's Roam and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

b.    Let's Roam be required to pay Buchanan his actual damages and Defendant's profits attributable to the infringement, or, at Buchanan's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

c.    Buchanan be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Buchanan be awarded pre- and post-judgment interest; and

e.    Buchanan be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Buchanan hereby demands a trial by jury of all issues so triable.

DATED: January 18, 2024                    Respectfully submitted,

**SRIPLAW**

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ TENNESSEE ♦ NEW YORK

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Ste. 100
Boca Raton, FL 33433
470.200.0168 - Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Andrew C. Buchanan*